IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EGI-VSR, LLC, | Case No. 1:15-mc-20098-RNS |
| Petitioner, | |
| v. | Judge Robert N. Scola, Jr. |
| JUAN CARLOS CELESTINO CODERCH MITJANS A/K/A JUAN CODERCH, | |
| Respondent. | |

## MOTION TO CONVERT CASE FROM "MC" TO "CV" DESIGNATION

EGI-VSR, LLC ("EGI-VSR"), by and through its counsel, respectfully requests entry of an order converting this case from an "MC" (Miscellaneous) designation to a "CV" (Civil) designation, and in support thereof states as follows:

1. On January 12, 2015, EGI-VSR filed its Petition to Confirm International Arbitral Award.

2. EGI-VSR filed the Petition as an "MC" case in accordance with the Court's CM/ECF Electronic New Civil Case Opening guidelines.

3. On February 27, 2015, EGI-VSR filed its Notice of Proposed Summons. EGI-VSR requested a summons for purposes of initiating the letters rogatory process and effectuating service upon the foreign defendants, as required by the Inter-American Convention on International Commercial Arbitration of January 30, 1975.

4. Thereafter, EGI-VSR was advised by the Clerk of Court that a summons could not be issued for "MC" cases. (DE 7).

5. Whereas EGI-VSR must issue letters rogatory to confirm its arbitration award over the foreign defendants, and a summons can only be issued if the case is pending with a "CV" designation, EGI-VSR seeks to have the case converted so a summons can be issued. A proposed order granting the requested relief is attached hereto as Exhibit A. A copy of the proposed summons is attached hereto as Exhibit B.

WHEREFORE, EGI-VSR respectfully requests entry of an Order (i) converting this case from an "MC" case to a "CV" case; (ii) instructing the Court to issue the summons; and (iii) granting such further relief the Court deems just.

Dated: March 19, 2015    Respectfully submitted,

      By: /s/Detra Shaw-Wilder
         Detra Shaw-Wilder
         Kozyak Tropin Throckmorton LLP
         2525 Ponce de Leon, 9th Floor
         Miami, Florida 33134
         Phone: (305) 377-0656
         Fax: (305) 372-3508
         dps@kttlaw.com

         Andrew W. Vail (*pro hac vice submitted*)
         JENNER & BLOCK LLP
         353 N. Clark Street
         Chicago, Illinois 60654
         Phone: (312) 840-8688
         Facsimile: (312) 840-8787
         avail@jenner.com