**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EGI-VSR, LLC, )<br> )<br>        Petitioner, )<br> )<br>v. )<br> )<br> )<br> )<br>JUAN CARLOS CELESTINO )<br>CODERCH  MITJANS A/K/A )<br>JUAN CODERCH, )<br> )<br> )<br>        Respondent. )<br>_____) | Case No. 1:15-CV-20098-RNS<br><br>Judge Robert N. Scola, Jr. |

**NOTICE AND PROOF OF FOREIGN SERVICE
AND MOTION TO REOPEN ADMINISTRATIVELY CLOSED CASE**

Petitioner EGI-VSR, LLC ("EGI"), pursuant to Rule 4(l)(2) of the Federal Rules of Civil Procedure and this Court's Order Granting Extension Of Time To Effect Foreign Service [Dkt. No. 13], hereby files notice and proof of foreign service on Respondent Juan Carlos Celestino Coderch Mitjans ("Mr. Coderch").

Mr. Coderch was served via the Inter-American Convention on Letters Rogatory and Additional Protocol and Letters Rogatory issued by this Court and the United States Central Authority in accordance with Rule 4(f)(1) of the Federal Rules of Civil Procedure.  Service of Process on Mr. Coderch is evidenced by the: (1) Letters Rogatory issued by this Court and the United States Central Authority, attached hereto as Exhibit "A"; (2) June 8, 2017 Official Letter No. 4714/2017/CGCI-DRCI-SNJ-MJ issued by the Brazilian Ministry of Justice and Public Safety, National Secretariat of Justice and Citizenship, attached hereto as Exhibit "B"; (3) Clearance Certificate/Court Order No. 5.312-3/2017 (Affidavit of Service) filed by Rogerio de

Carvalho Viana, attached hereto as Exhibit "C"; (4) Order/Decision related to Letters Rogatory No. 10-070-US(2015/0148596-2), attached hereto as Exhibit "D"; (5) Certified translations of Exhibits B-D are attached hereto as Composite Exhibit "E"; (6) October 2, 2017 Affidavit of Celeste Ingalls, attached hereto as Exhibit "F"; and (7) October 16, 2017 Affidavit of Pedro Oliveira da Costa, attached hereto as Exhibit "G".

EGI respectfully requests that this Court (i) re-open this administratively closed case; and/or (ii) schedule an initial status conference for this matter.

Dated: October 19, 2017            Respectfully submitted,

By:   /s/Detra Shaw-Wilder
      Detra Shaw-Wilder
      Kozyak Tropin Throckmorton LLP
      2525 Ponce de Leon, 9th Floor
      Miami, Florida 33134
      Phone: (305) 377-0656
      Fax: (305) 372-3508
      dps@kttlaw.com

      Andrew W. Vail (*pro hac vice*)
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, Illinois 60654
      Phone: (312) 840-8688
      avail@jenner.com

4319/101-10R4305