IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 15-20098-CIV-SCOLA

EGI-VSR, LLC,   )
　　　　　　　　　)
　　　Petitioner,　)
　　　　　　　　　)
　　v.　　　　　　)
　　　　　　　　　)
JUAN CARLOS CELESTINO   )
CODERCH MITJANS A/K/A   )
JUAN CODERCH,   )
　　　　　　　　　)
　　　Respondent.　)
_____)

**RESPONDENT'S NOTICE OF APPEAL**

Pursuant to Rule 4(a)(1)(A), Fed. R. App. P., and 9 U.S.C. § 16(a)(1), notice is hereby given that Juan Carlos Celestino Mitjans, Respondent in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment (ECF No. 43) entered in this action on June 4, 2018.

Dated: June 18, 2018

Respectfully submitted:

# Homer Bonner Jacobs

Attorneys for Respondent
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5101
Fax: (305) 982-0060

By: __s/ Christopher J. King_____
Kevin P. Jacobs
Email: kjacobs@homerbonner.com
Florida Bar No: 169821
Christopher J. King
Email: cking@homerbonner.com
Florida Bar No: 0123919
Gregory J. Trask
Email: gtrask@homerbonner.com
Florida Bar No: 0055883
Rayda Alemán
Email: raleman@homerbonner.com
Florida Bar No: 0017386

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 18th day of June, 2018 with the Clerk of the Court using CM/ECF, and is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record.

By: /s/ Christopher King_____