**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO. 15-20098-CIV-SCOLA**

| | |
|---|---|
| EGI-VSR, LLC, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| JUAN CARLOS CELESTINO CODERCH MITJANS A/K/A JUAN CODERCH, | ) ) ) ) |
| Respondent. | ) ) |

## **RESPONDENT'S AMENDED NOTICE OF APPEAL**

Pursuant to Rule 4(a)(1)(A), Fed. R. App. P., and 9 U.S.C. § 16(a)(1), notice is hereby given that Juan Carlos Celestino Coderch Mitjans, Respondent in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment (ECF No. 43) entered in this action on June 4, 2018.

Dated: July 3, 2018

Respectfully submitted:

HOMER BONNER JACOBS

Attorneys for Respondent
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5101
Fax: (305) 982-0060


By: __s/ Christopher J. King_____
    Kevin P. Jacobs
    Email: kjacobs@homerbonner.com
    Florida Bar No: 169821
    Christopher J. King
    Email:  cking@homerbonner.com
    Florida Bar No: 0123919
    Gregory J. Trask
    Email: gtrask@homerbonner.com
    Florida Bar No: 0055883
    Rayda Alemán
    Email: raleman@homerbonner.com
    Florida Bar No: 0017386

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 3rd day of July, 2018 with the Clerk of the Court using CM/ECF, and is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record.

By: /s/ Rayda Alemán_____ _____
    Rayda Alemán